UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7243 PSG (FFMx) | Date | May 9, 2016 |
|---|---|---|---|
| Title | CITIZENS OF HUMANITY, LLC v. JOE'S JEANS, INC. *et al.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's "Notice of Motion and Motion to Compel Joe's Jeans to Produce Documents," filed May 4, 2016. (Docket No. 40.) Plaintiff asserts that defendant Joe's Jeans, Inc. has failed to produce any documents in response to requests for production served by plaintiff on January 5, 2016. Plaintiff further asserts that (i) counsel for the parties met and conferred on the discovery dispute; (ii) counsel for plaintiff served counsel for Joe's Jeans with plaintiff's portion of a joint stipulation; and (iii) counsel for Joe's Jeans failed to provide plaintiff's counsel with Joe's Jeans's portion of the joint stipulation. (*Id.* at 1-2; Wesley Decl., ¶¶ 3-9.)

In light of plaintiff's showing, Joe's Jeans is ORDERED TO SHOW CAUSE, by written application to be filed on or before May 16, 2016, why its answer should not be stricken for failure to comply with its discovery obligations.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |