UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-7243 PSG (FFM) | Date | August 5, 2016 |
| Title | CITIZENS OF HUMANITY, LLC v. JOES JEANS, INC., et al. | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 4, 2016, Plaintiff Citizens of Humanity, LLC ("Plaintiff") filed a motion to compel the deposition of Defendant Joe's Jeans, Inc. ("Joe's Jeans") and to compel the production of documents from Defendants Joe's Jeans and Sequential Brands Group, Inc. ("Sequential Brands"). (Dkt. No. 51.) Plaintiff's motion asserts that: (1) Joe's Jeans has continuously failed to appear for multiple properly noticed depositions; (2) Sequential Brands has failed to produce documents responsive to document requests that Plaintiff served on April 22, 2016; and (3) neither Defendant provided its portion of the joint stipulation to Plaintiff's motion to compel. (Dkt. No. 51-1 at 4–5.)

The Court notes that this time is not the first that Defendants have failed to provide their portion of a joint stipulation to a motion to compel. Indeed, the Court has previously ordered Defendants to show cause why their answer should not be stricken based on their failure to provide their portion of a joint stipulation to a prior motion. (Dkt. No. 41.)

Defendants' actions not only flout this District's Local Rules, which are binding on all litigants and attorneys, but also impede the efficient administration of justice. Where a party or its counsel continuously violates the Court's rules or otherwise deliberately

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 15-7243 PSG (FFM) |
| Date | August 5, 2016 |
| Title | CITIZENS OF HUMANITY, LLC v. JOES JEANS, INC., et al. |

prevents the expeditious resolution of a case, sanctions are appropriate. Thus, Defendants are ordered to show cause, in writing and within five (5) days of this Order, why the Court should not grant Plaintiff's motion and impose sanctions against Defendants based on their repeated failures to comply with their discovery obligations.

    IT IS SO ORDERED.

 

                                Initials of Preparer      JM