E-FILED 11/30/16

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITIZENS OF HUMANITY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOE'S JEANS, INC., a Delaware corporation; SEQUENTIAL BRANDS GROUP, INC. d/b/a JOE'S JEANS; DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:15-cv-7243-PSG (FFMx)<br>Hon. Philip S. Gutierrez<br>Magistrate Judge Frederick F. Mumm<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## ORDER

The Court hereby GRANTS the parties' stipulation to dismiss the case with prejudice. The case is hereby dismissed with prejudice. All parties are to bear their own fees and costs.

**IT IS SO ORDERED**

Dated: 11/30/16

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Court Judge